this date. The Judge Advocate General is directed to appoint counsel to represent the Appellee military judge. The answer is due no later than June 8, 2015.

No. 15–0602/AF. U.S. v. Daniel P. Troy. CCA S32174. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 18, 2015.